No. 83–6298. MCDONALD *v.* MISSOURI. Sup. Ct. Mo.;

No. 84–6006. MASON *v.* SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir.;

No. 84–6036. GARRETT *v.* TEXAS. Ct. Crim. App. Tex.;

No. 84–6098. SESSION *v.* TEXAS. Ct. Crim. App. Tex.;

No. 84–6131. DEVIER *v.* GEORGIA. Sup. Ct. Ga.;

No. 84–6167. GROOVER *v.* FLORIDA. Sup. Ct. Fla.;

No. 84–6183. HUFFSTETLER *v.* NORTH CAROLINA. Sup. Ct. N. C.;

No. 84–6186. FERRELL *v.* SOUTH CAROLINA. Sup. Ct. S. C.;

No. 84–6189. CHAFFEE *v.* SOUTH CAROLINA. Sup. Ct. S. C.;

No. 84–6223. DANIEL *v.* ALABAMA. Sup. Ct. Ala.;

No. 84–6230. TRUESDALE *v.* SOUTH CAROLINA. Sup. Ct. S. C.; and

No. 84–6254. BANNISTER *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. Reported below: No. 83–6298, 661 S. W. 2d 497; No. 84–6006, 748 F. 2d 852; No. 84–6036, 682 S. W. 2d 301; No. 84–6098, 676 S. W. 2d 364; No. 84–6131, 253 Ga. 604, 323 S. E. 2d 150; No. 84–6167, 458 So. 2d 226; No. 84–6183, 312 N. C. 92, 322 S. E. 2d 110; Nos. 84–6186 and 84–6189, 285 S. C. 21, 328 S. E. 2d 464; No. 84–6223, 459 So. 2d 948; No. 84–6230, 285 S. C. 13, 328 S. E. 2d 53; No. 84–6254, 680 S. W. 2d 141.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.